**Mattie COCHRANE, Doing Business as Independent Cold Storage & Packing Company, petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 437.

Circuit Court of Appeals, Eighth Circuit.

Nov. 7, 1939.

Elias Berell and W. I. Farmer, both of Kansas City, Mo., for petitioner.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Raymond F. Brown and E. W. G. Huffman, Sp. Attys., Bureau of Internal Revenue, all of Washington, D. C., for respondent.

PER CURIAM.

Petition to review decision of United States Processing Tax Board of Review dismissed without the taxation of costs in favor of either of the parties in this Court, on motions of petitioner and respondent.

**In the Matter of COLD SPRINGS BEVERAGE CO., Inc., Bankrupt; William Smith, Receiver, Appellant, J. Irving Lynch, Trustee, et al., Appellees.**

No. 171.

Circuit Court of Appeals, Second Circuit.

Nov. 20, 1939.

McGowan & Stolz, of Syracuse, N. Y. (Max L. Stolz, of Syracuse, N. Y., of counsel), for receiver-appellant.

J. Irving Lynch and Harry V. Clements, both of Auburn, N. Y., trustees in bankruptcy, appellees.

Gerald Saperstein and Burke W. Drummond, both of Auburn, N. Y., for creditors, appellees.

Before SWAN, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Orders affirmed.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. H. L. HUNT, Respondent.**

No. 9102.

Circuit Court of Appeals, Fifth Circuit.

Dec. 9, 1939.

Samuel O. Clark, Jr., Asst. Atty. Gen., J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Ralph F. Staubly, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

J. B. McEntire, of Dallas, Tex., for respondent.

Before SIBLEY, HUTCHESON, and McCORD, Circuit Judges.

PER CURIAM.

On the authority of Commissioner of Internal Revenue v. F. H. E. Oil Company, 5 Cir., 102 F.2d 596, affirmed by the Supreme Court of the United States November 6, 1939, 60 S.Ct. 26, 84 L.Ed. ——, the petition is allowed, the judgment of the Board is reversed and the cause is remanded for further proceedings not inconsistent with the opinion of this Court in that case.